UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DENNIS TOOLEY,                        )
an individual,                        )
                                      )  CASE NO.:1:16-cv-00960-WTL-MPB
        Plaintiff,                    )
vs.                                   )
                                      )
VENTURE REAL ESTATE INVESTMENT        )
GROUP, LLC                            )
a Georgia Limited Liability Company,  )
                                      )
        Defendant.                    )
_____/

> Approved on 2/3/2017.
> s/William T. Lawrence, Judge
> Notice via ECF

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Dated: February 2, 2017

Respectfully Submitted,                 Respectfully Submitted,

*/s/ Louis I. Mussman*                  */s/ Jeffrey E. Ramsey*
Louis I. Mussman, Esq.                  Jeffrey E. Ramsey
Bar No. 597155                          Attorney No. 6625-49
Ku & Mussman, P.A.                      Blackwell, Burke & Ramsey, P.C.
6001 NW 153rd Street, Ste 100           101 W. Ohio St., Suite 1700
Miami Lakes, FL 33014                   Indianapolis, IN 46204
Tel: (305) 891-1322                     Tel: (317) 635-5005
Fax: (305) 891-4512                     Fax: (317) 634-2501
Louis@KuMussman.com                     jramsey@bbrlawpc.com

and                                     and

1

| | |
|---|---|
| Eric C. Bohnet, Esq.<br>Attorney No. 24761-84<br>Attorney at Law<br>6617 Southern Cross Drive<br>Indianapolis, Indiana  46237<br>Tel: (317) 750-8503<br>ebohnet@gmail.com<br><br>*Attorneys for Plaintiff* | David Bullington<br>Attorney No. 6625-49<br>Blackwell, Burke & Ramsey, P.C.<br>101 W. Ohio St., Suite 1700<br>Indianapolis, IN 46204<br>Tel: (317) 635-5005<br>Fax: (317) 634-2501<br>dbullington@bbrlawpc.com<br><br>*Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of February, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

Jeffrey E. Ramsey
Blackwell, Burke & Ramsey, P.C.
101 W. Ohio St., Suite 1700
Indianapolis, IN 46204

David Bullington
Blackwell, Burke & Ramsey, P.C.
101 W. Ohio St., Suite 1700
Indianapolis, IN 46204

By: */s/ Louis I. Mussman*
       Louis I. Mussman, Esq.